AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-13845

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Bank of America, N.A. c/o CT Corporation System</u> was received by me on *(date)* <u>Nov 21, 2025, 9:46 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Marvin Ayala</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Bank of America, N.A. c/o CT Corporation System</u> on *(date)* <u>Fri, Nov 21 2025</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 11/21/2025

*Rachel Cleve*

_____
*Server's signature*

Rachel Cleve

_____
*Printed name and title*

6300 Creedmoor Rd Ste 170-255, Raleigh, NC 27612

_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Nov 21, 2025, 2:57 pm EST at 160 Mine Lake Court Suite 200, Raleigh, NC 27615 received by Marvin Ayala. Age: 25; Ethnicity: Hispanic; Gender: Male; Weight: 150; Height: 5'6"; Hair: Black; Relationship: Intake Specialist/Authorized to Accept Service;

DOCUMENTS SERVED: SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT JURY TRIAL DEMANDED; CIVIL COVER SHEET; NOTIFICATION OF DOCKET ENTRY; NOTICE OF ELECTRONIC FILING; NOTICE AND CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE