IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

NICHOLAS SDOUCOS, individually and on
behalf of others similarly situated,

       Plaintiff,

    v.

BANK OF AMERICA, N.A.,

       Defendant.

Case No. 1:25-CV-13845

**DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)**

Defendant Bank of America, N.A. hereby moves to dismiss the Complaint filed by Plaintiff Nicholas Sdoucos (ECF No. 1). For the reasons stated in the accompanying Memorandum of Law, the Complaint should be dismissed in its entirety under Federal Rule of Civil Procedure 12(b)(1), because Plaintiff lacks standing, or, alternatively, under Federal Rule of Civil Procedure 12(b)(6), because Plaintiff has failed to state a claim upon which relief can be granted.

1

Dated: January 12, 2026

Respectfully submitted,

By: */s/ Elizabeth L. McKeen*

Elizabeth L. McKeen (CA Bar No. 216690)
Danielle N. Morris (CA Bar No. 246295)
O'MELVENY & MYERS LLP
610 Newport Center Drive
17th Floor
Newport Beach, California 92660-6429
Telephone: +1 949 823 6900
Facsimile: +1 949 823 6994
emckeen@omm.com
dmorris@omm.com

Attorneys for Defendant Bank of America, N.A.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 12, 2026, a copy of the foregoing document was electronically filed with the Clerk of Court through the CM/ECF system, which will send notification of such filing to all counsel of record at the email addresses on file with the Court.

By: ___*/s/ Elizabeth L. McKeen*___
Elizabeth L. McKeen