IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

NICHOLAS SDOUCOS, individually and on
behalf of others similarly situated,

Plaintiff,

v.

BANK OF AMERICA, N.A.,

Defendant.

Case No. 1:25-CV-13845

**DECLARATION IN SUPPORT OF DEFENDANT
BANK OF AMERICA, N.A.'S MOTION TO DISMISS UNDER FEDERAL RULES OF
CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)**

In accordance with 28 U.S.C. § 1746, I, Michael Watkins, declare, under penalty of

perjury, as follows:

1. I am more than 18 years of age. I am employed by Bank of America, N.A. (the

"Bank") as an Assistant Vice President, and I have authority from the Bank to provide this

declaration in connection with the Bank's motion to dismiss. I have obtained personal

knowledge of the facts stated herein from my review of the Bank's business records, which

records were contemporaneously created by personnel with knowledge of the conduct reflected

therein, and which records have been kept in the course of the Bank's regularly conducted

activity. If called upon to do so, I could and would competently testify thereto.

2. Attached as Exhibit A is a true and correct copy of the Credit Card Agreement for

Plaintiff's Bank Unlimited Cash Rewards World Mastercard that has been in effect from

September 30, 2025, to the date of this Declaration ("September 30, 2025 Credit Card

*Sdoucos v. Bank of America, N.A.*, No. 1:25-CV-13845 – Declaration in Support of Defendant
Bank of America, N.A.'s Motion to Dismiss Under Federal Rules of Civil Procedure 12(b)(1)
and 12(b)(6)

1

Agreement"), as obtained from the repository where the Bank stores and maintains copies of its credit card agreements in the ordinary course of business. The September 30, 2025 Credit Card Agreement is publicly available on the Bank's website at https://www.bankofamerica.com/content/documents/creditcard/visa-mastercard-platinum-visa-signature-world-infinite-en.pdf. It is the Bank's standard process to publish the Credit Card Agreement in effect at any given time on the Bank's www.bankofamerica.com website.

3.      Attached as Exhibit B is a true and correct copy of the Credit Card Agreement for Plaintiff's Bank Unlimited Cash Rewards World Mastercard that was in effect from June 30, 2025 to September 29, 2025 ("June 30, 2025 Credit Card Agreement"), as obtained from the repository where the Bank stores and maintains copies of its credit card agreements in the ordinary course of business.

4.      Attached as Exhibit C is a true and correct copy of the Online Banking Service Agreement applicable to Plaintiff's use of the Bank's online banking services in connection with Plaintiff's Bank Unlimited Cash Rewards World Mastercard, that was in effect from July 21, 2025 to November 13, 2025, as obtained from the repository where the Bank stores and maintains copies of its online banking service agreements in the ordinary course of business. It is the Bank's standard process to publish the Online Banking Service Agreement in effect at any given time on the Bank's www.bankofamerica.com website.

5.      Attached as Exhibit D is a true and correct copy of the credit card statement for Plaintiff's Unlimited Cash Rewards World Mastercard for the billing cycle beginning on September 14, 2025, and ending on October 13, 2025, as obtained from the repository where the Bank stores and maintains copies of credit card statements sent to customers in the ordinary

*Sdoucos v. Bank of America, N.A.*, No. 1:25-CV-13845 – Declaration in Support of Defendant Bank of America, N.A.'s Motion to Dismiss Under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6)

course of business.

6.     The Bank records customer service center calls and maintains records of such calls in the ordinary course of business.  Attached as Exhibits E and F are true and correct copies of the audio recordings of Plaintiff's November 9, 2025 call with bank representatives, as referenced in paragraphs 16 and 17 of the Complaint.  The recordings were obtained from the systems that the Bank uses to store, maintain, and access customer service calls in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Bank of America, N.A.

Signature: _____

Printed: michael Watkins

Title: Assistant Vice President

Date: January 12th 2026

*Sdoucos v. Bank of America, N.A.*, No. 1:25-CV-13845 – Declaration in Support of Defendant Bank of America, N.A.'s Motion to Dismiss Under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6)