# EXHIBIT D



**BANK OF AMERICA**

P.O. BOX 15284
WILMINGTON, DE 19850

**Customer Service Information:**
www.bankofamerica.com
1.800.421.2110
**Mail billing inquiries to:**
Bank of America
P.O. Box 672050
Dallas TX 75267-2050
**Mail payment to:**
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

NICHOLAS J SDOUCOS
███████████
PROSPECT HEIGHTS IL ████████

Account# ███████████ **0611**
September 14 - October 13, 2025

## Account Summary/Payment Information

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments and Other Credits | −$1,000.00 |
| Purchases and Adjustments | $3,044.88 |
| **Fees Charged** | **$0.00** |
| **Interest Charged** | **$0.00** |
| New Balance Total | $2,044.88 |
| Total Credit Line | $10,000.00 |
| Total Credit Available | $7,955.12 |
| Cash Credit Line | $3,000.00 |
| Portion of Credit Available for Cash | $3,000.00 |
| Statement Closing Date | 10/13/2025 |
| Days in Billing Cycle | 30 |

| | |
|---|---|
| New Balance Total | $2,044.88 |
| Current Payment Due | $35.00 |
| Total Minimum Payment Due | $35.00 |
| Payment Due Date | 11/10/2025 |

**Late Payment Warning**: If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to **$40.00.**

**Total Minimum Payment Warning**: If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 8 years | $3,758.00 |
| $74.00 | 36 months | $2,664.00 (Savings = $1,094.00) |

**If you would like information about credit counseling services, call 866.300.5238.**

---

13 ████████████████████████████ 0611

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001

Account Number: ███████████ 0611

| | |
|---|---|
| Payment Due Date | 11/10/2025 |
| New Balance Total | $2,044.88 |
| Total Minimum Payment Due | $35.00 |

NICHOLAS J SDOUCOS
███████████
PROSPECT HEIGHTS IL ████████

Enter payment amount   $ ▢▢▢▢▢▢▢.▢▢

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*

**Mail this coupon along with your check payable to: Bank of America**

████████████ █████████ 0611 ᵐ

NICHOLAS J SDOUCOS   |   Account # ▓▓▓▓▓▓▓ 0611   |   September 14 - October 13, 2025                    004 - 000 - 000 - G

## IMPORTANT INFORMATION ABOUT THIS ACCOUNT

**PAYING INTEREST -** We will not charge you any interest on Purchases if you always pay your entire "Grace Period Balance", as defined in the next two paragraphs, by the Payment Due Date. Specifically, you will not pay interest for an entire billing cycle on Purchases if you Paid in Full the two previous Grace Period Balances on your account by their respective Payment Due Dates; otherwise, each Purchase begins to accrue interest on its transaction date or the first day of the billing cycle, whichever date is later. We will begin accruing interest on Balance Transfers and Cash Advances on the transaction date.

If you do not have an active Custom Pay Plan, your Grace Period Balance will be the New Balance Total. New Balance Total (also referred to as the "Statement Balance") is the total billed amount as of the Closing Date of a billing cycle, as shown on your monthly statement, plus any adjustments for subsequently returned payments.

If you have an active Custom Pay Plan, your Grace Period Balance will be the Interest Saving Balance as shown on your monthly statement plus any adjustments for subsequently returned payments. The Interest Saving Balance is your New Balance Total minus, any balances subject to a Custom Pay Plan, plus any Custom Pay Plan Payment(s) due, as shown on your monthly statement.

**TOTAL INTEREST CHARGE COMPUTATION -** Interest charges accrue and are compounded on a daily basis. To determine the interest charges, we multiply each Balance Subject to Interest Rate by its applicable Daily Periodic Rate and that result is multiplied by the number of days in the billing cycle. To determine the total interest charge for the billing cycle, we add the interest charges together. A Daily Periodic Rate is calculated by dividing an Annual Percentage Rate by 365.

**HOW WE ALLOCATE YOUR PAYMENTS -** Monthly minimum payments are required when you carry a balance. Payments are allocated to posted balances. We will first allocate the amount of your payment equal to the Total Minimum Payment Due to any Custom Pay Plan Payment due, then to the lowest APR balances in turn (including transactions made after this statement). Payment amounts in excess of your Total Minimum Payment Due will be applied to balances with higher APRs before balances with lower APRs, and finally to any Custom Pay Plan balances.

**IMPORTANT INFORMATION ABOUT PAYMENTS BY PHONE -** When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. To cancel, call us before the scheduled payment date.  Same-day payments cannot be edited or canceled.

**YOUR CREDIT LINES -** The Total Credit Line is the amount of credit available for the account; however, only a portion of that is available for Bank Cash Advances. The Cash Credit Line is that amount you have available for Bank Cash Advances. Generally, Bank Cash Advances consist of ATM Cash Advances, Over the Counter (OTC) Cash Advances, Same-Day Online Cash Advances, Overdraft Protection Cash Advances, Cash Equivalents, and applicable transaction fees.

## CALCULATION OF BALANCES SUBJECT TO INTEREST RATE

Average Daily Balance Method (including new Purchases): We calculate separate Balances Subject to an Interest Rate for Purchases and for each Introductory or Promotional Offer balance consisting of Purchases by: (1) calculating a daily balance for each day in the current billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the current billing cycle.

To calculate the daily balance for each day in the current billing cycle, we: (1) take the beginning balance less any Purchases assigned to an existing Custom Pay Plan; (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) add new Purchases, new Account Fees, and new Transaction Fees; (4) subtract Purchases assigned to a new Custom Pay Plan; and (5) subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

Average Balance Method (including new Balance Transfers and new Cash Advances): We calculate separate Balances Subject to an Interest Rate for Balance Transfers, Cash Advances, and for each Introductory or Promotional Offer balance consisting of Balance Transfers or Cash Advances by: (1) calculating a daily balance for each day in the current billing cycle; (2) calculating a daily balance for each day prior to the current billing cycle that had a Pre-Cycle balance - a "Pre-Cycle balance" is a Balance Transfer or a Cash Advance with a transaction date prior to the current billing cycle but with a posting date within the current billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in the current billing cycle.

To calculate the daily balance for each day in the current billing cycle, we: (1) take the beginning balance; (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) add new Balance Transfers, Cash Advances and Transaction Fees; and (4) subtract applicable payments and credits. If any daily balance is less than zero, we treat it as zero.

To calculate a daily balance for each day prior to the current billing cycle that had a Pre-Cycle balance, we: (1) take the beginning balance attributable solely to a Pre-Cycle balance (which will be zero on the transaction date associated with the first Pre-Cycle balance); (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; and (3) add only the applicable Pre-Cycle balances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

**MISCELLANEOUS -** Promotional Rate End Date: This date is based on a future statement closing date. If you change your Payment Due Date, this date could change. The New Balance Total which appears on this statement is not a payoff amount and may be subject to additional interest charges when you pay in full after your statement closing date. Virtual cards are the digital form of your eligible physical credit cards stored within a digital wallet.

For the complete terms and conditions of your account, consult your Credit Card Agreement. This account is issued and administered by Bank of America. Bank of America is a registered trademark of Bank of America Corporation.

©2025 Bank of America Corporation

**PAYMENTS -** We credit mailed payments as of the date received, if the payment is: (1) received by 5 p.m. local time at the address shown on the remittance portion of your monthly statement; (2) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (3) sent in the return envelope with only the remittance portion of your statement accompanying it. However, mailed payments need not be sent in a return envelope if we sent you a statement without a return envelope. Payments received by mail after 5 p.m. local time at the remittance address on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Payments made online or by phone by 11:59 p.m. ET will be credited as of the date they are made. Credit for any other payments may be delayed up to five days. Cash payments made with our tellers will only be accepted with valid identification.

No payment, including those marked with paid in full or with any other restrictive words, shall operate as an accord and satisfaction without the prior written approval of one of our senior officers.

We process most payment checks electronically by using the information found on your check. When you provide a check as payment, you authorize us to use information from your check to make a one-time electronic fund transfer from your account (or process it as a check or paper draft). When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you.

If you have authorized us to pay your bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop payment, you must contact us at least three business days before the automatic payment is scheduled to occur.

**Change of Address/Phone number: Online at www.bankofamerica.com**

**Please do not add any written communication in this space.**

AB

NICHOLAS J SDOUCOS  |  Account # ████████ 0611  |  September 14 - October 13, 2025

# Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | |
| 10/10 | 10/11 | BA ELECTRONIC PAYMENT | 9282 | 0611 | −1,000.00 | |
| | | **TOTAL PAYMENTS AND OTHER CREDITS FOR THIS PERIOD** | | | | **−$1,000.00** |
| | | **Purchases and Adjustments** | | | | |
| 10/01 | 10/02 | Veo Technologies Inc.    Wilmington   DE | 8213 | 0611 | 2,197.00 | |
| 10/03 | 10/04 | Veo Technologies Inc.    Wilmington   DE | 3210 | 0611 | 847.88 | |
| | | **TOTAL PURCHASES AND ADJUSTMENTS FOR THIS PERIOD** | | | | **$3,044.88** |
| | | **Interest Charged** | | | | |
| 10/13 | 10/13 | INTEREST CHARGED ON PURCHASES | | | 0.00 | |
| 10/13 | 10/13 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 10/13 | 10/13 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 10/13 | 10/13 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | **TOTAL INTEREST CHARGED FOR THIS PERIOD** | | | | **$0.00** |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $0.00 |

# Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| Purchases | 17.99%V | | | | $0.00 | $0.00 |
| Balance Transfers | 17.99%V | | | | $0.00 | $0.00 |
| Direct Deposit and Check Cash Advances | 23.99%V | | | | $0.00 | $0.00 |
| Bank Cash Advances | 28.74%V | | | | $0.00 | $0.00 |

APR Type Definitions  Daily Interest Rate Type: V= Variable Rate (rate may vary)

NICHOLAS J SDOUCOS   |   Account # ███████ 0611   |   September 14 - October 13, 2025

## Important Messages

You can request a copy of this statement in either Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

### Your Reward Summary

| | |
|---|---|
| 45.68 | Base Cash Back Earned |
| 45.68 | Total Cash Back Available |

**Make the most of your rewards program today!**

## Statements in Spanish? We can do that for you!

Call 800.432.1000 or visit your nearest financial center.

Exclusions apply. Not available for Commercial, Merrill, Private Bank and Small Business accounts.

SSM-09-24-0578.C | 7012758