# EXHIBIT E

# (Filed Through the Court's Digital Media Submission Portal)