# EXHIBIT F

# (Filed Through the Court's Digital Media Submission Portal)