IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

NICHOLAS SDOUCOS, individually and on
behalf of others similarly situated,

Plaintiff,

v.

BANK OF AMERICA, N.A.,

Defendant.

Case No. 1:25-CV-13845

**DECLARATION OF DANIELLE N. MORRIS IN SUPPORT OF DEFENDANT
BANK OF AMERICA, N.A.'S MOTION TO DISMISS UNDER FEDERAL RULES OF
CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)**

In accordance with 28 U.S.C. § 1746, I, Danielle N. Morris, declare, under penalty of perjury, as follows:

1.     I am a member in good standing of the State Bar of California and am admitted to practice before this Court.  I am a partner of O'Melveny & Myers LLP, and counsel of record for Defendant Bank of America, N.A. (the "Bank") in the above-captioned matter.

2.     I am over 18 years of age.  I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

3.      Exhibits E and F are exhibits to the Declaration of Michael Watkins In Support of Defendant Bank of America, N.A.'s Motion to Dismiss Under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) ("Watkins Declaration").  These exhibits are electronic audio files in .wav format and cannot be submitted through the Court's Case Management and Electronic Filing System ("ECF").  In accordance with Local Rule 79.1.1, individuals acting under my direction will be uploading Exhibits E and F to the Court's Digital Media Exhibit Submission Portal,

1

https://www.ilnd.uscourts.gov/LandingPage.php?page=digital_media_submissions.  In addition,

Exhibits E and F will be served on Plaintiff's counsel by email.

    4.    Attached as Exhibits E1 and F1 to this declaration are true and correct copies of the certified written transcripts of the .wav files that are being submitted to the Court as Watkins Declaration Exhibits E and F, respectively, as received from TransPerfect Legal Solutions on or about December 23, 2025.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    EXECUTED on January 12, 2026 in San Clemente, California.

By: _____

Danielle N. Morris