# EXHIBIT E1

TADIA:  Thank for being a Bank of America client.  You have [PH] Tadia from Alabama.  May I have your first and last name, please?

NICHOLAS SDOUCOS:  Hi.  My first name is Nicholas, and my last name is Sdoucos, S-D-O-U-C-O-S.

TADIA:  Thank you, Mr. Sdoucos, and how may I assist you today?

NICHOLAS SDOUCOS:  Sorry to bother on a Sunday.  I just got a notice in my email saying that your system was in the midst of processing a payment for a balance that no longer exists, that was already paid off.  So, I don't know if it's just a system glitch or something like that, but I just want to make sure that you're not trying to take $2,000 out of my bank account tomorrow.

TADIA:  So, it does look like it is a payment that is processing, but we can't stop the payment that is processing.  That payment will have to post before we're able to issue that refund back to you.

NICHOLAS SDOUCOS:  Okay.  So, can you tell me why this is happening?

TADIA:  So, let me see.  Was this payment set up on your auto-pay?

NICHOLAS SDOUCOS:  I'm sorry, say that again.

TADIA:  Do you have your auto-pay set up?

NICHOLAS SDOUCOS:  Yes, I had an auto-pay set up, but I would imagine that that would stop if there's no balance.

TADIA:  Okay.  So, let me see.

[BACKGROUND CONVERSATION]

TADIA: So, the last payment posted on October the 21st. Statement closed. Let me see. So, was that payment submitted early, the previous statement?

NICHOLAS SDOUCOS: Yes. Yes. According to my records, the balance was paid off on the 21st of October for $2,044.88, which should, by any other system that I've ever dealt with, trigger a zero balance and no further automatic payment.

TADIA: Yes, sir. So, I definitely understand. Since they changed the way the bill pay is set up, we have been having problems with, once you set up a payment early, it does try to process that payment on a payment due date because it's already in the system to let it know that that payment is due on that amount. For your statement balance, sir, that may be why it's going through again. I am notating that account, though, that that payment is coming out of your account twice, but we won't be able to stop that payment. It will have to post before we're able to issue that refund back out to you.

NICHOLAS SDOUCOS: I don't want this to be your problem. Can I speak to a manager?

TADIA: Yes, sir. Just allow me one moment. I am going to notate that account while I'm getting you a supervisor.

NICHOLAS SDOUCOS: Yeah, no problem. I appreciate that.

TADIA: You're welcome. Just give me one moment.

NICHOLAS SDOUCOS: Hey, I'm just checking you're still there.

TADIA: Yes, sir, I am still here. I'm just still waiting on that supervisor.

NICHOLAS SDOUCOS:  Got it.  Okay.  No problem.  You said that this is an issue you've seen before?

TADIA:  Yes, sir.  We have had that problem before where we have other people coming in, stating, whenever they submit their statements early, for whatever reason, it's not registered in the system that they've already submitted that payment, and it's making the payment go through again.  So, we have been notating that in our system.

NICHOLAS SDOUCOS:  And how long, as far as you're aware, is it taking to turn that around?

TADIA:  So, whenever that payment does post -- so, it just all depends on when your bank sends that payment back, but we do tell people it generally takes 10 business days for that payment to be returned back to you.  Now, the only other thing that I would be able -- because with that one pending, we can't do anything about it.  Then, I don't want to refund the one that was already submitted, because it may mess it up, and I don't want to mess anything.

NICHOLAS SDOUCOS:  Yeah, I understand.

TADIA:  But yeah.  We do tell people it takes up to 10 business days, but depending on your bank, it could be sooner than that.  Some people get their refunds within three business days.  It just all depends on your bank that your refund goes back to.

NICHOLAS SDOUCOS:  How long has this been going on for?

TADIA:  Since the new system has updated.

NICHOLAS SDOUCOS:  Is that something that just happened the last couple of days or last couple of months?

3

TADIA: So, our system changed in September, so everyone is just now getting into the new bill pay system. So, it's been happening, I would say, since last month, which is October, because a lot of payments were done after that. It's been happening since last month with everyone's payments last month. That's been submitting their payments earlier. They're still getting charged that full balance again the second time, and I don't know why.

[BACKGROUND CONVERSATION]

NICHOLAS SDOUCOS: Well, I know it's not your fault.

TADIA: Yeah.

NICHOLAS SDOUCOS: I don't exactly know what to say about that.

TADIA: Right, I don't, either. I be trying to figure out, why does it do that? But they haven't really gave us an answer as to why it do that, either. Hopefully, they see that this new bill pay system isn't working and go back to the old bill pay system.

NICHOLAS SDOUCOS: Well, considering that it also, I would imagine, appears to put you in a tremendous amount of legal jeopardy with taking money -- I could imagine, if this was a corporate card, and I was paying $100,000 bill, and then, all of a sudden, you guys took another $100,000 out.

TADIA: Right, that would be tragic then, because that's a lot of money that you didn't even have to pay.

NICHOLAS SDOUCOS: It's also tragic to a family, too, because it's relative, right?

TADIA: Right.

4

NICHOLAS SDOUCOS:  If you're telling me that on Monday, which I imagine this will happen -- that I'm going to look at my bank account, you're going to take another $2,000 out of my bank account, then that's not a good situation.

TADIA:  Right.  Yes, sir.  I definitely understand because I would not want two of the same payments coming out of my account, either.  For me, it doesn't matter if it's $1.  I already paid.

NICHOLAS SDOUCOS:  Yeah.  I'm sorry.  Hold on one second, please.

TADIA:  Okay.  Yes, sir.

[BACKGROUND CONVERSATION]

NICHOLAS SDOUCOS:  Hey, I'm sorry.  I'm just going to put you on mute for one second.  I got to talk to my wife.

TADIA:  No, you're fine.

NICHOLAS SDOUCOS:  Just scream and holler if you get your manager.

TADIA:  Okay.  Yes, sir, I will.  Mr. Sdoucos?

NICHOLAS SDOUCOS:  Yeah, go ahead.

TADIA:  Okay, so I'm about to go ahead and connect to the supervisor first, and then I will add you to the call once I get the supervisor.

NICHOLAS SDOUCOS:  Okay, go ahead.

5

I hereby certify that the foregoing is, to the best of my knowledge and belief, a true and accurate transcription from English to English.


*Anders Nelson*
Anders Nelson (Dec 23, 2025 15:12:03 EST)
_____

Anders Nelson

Project Manager

TransPerfect Legal Solutions


December 23, 2025

6