# EXHIBIT F1

SHATORRIE: And this call may be me monitored and recorded. And who am I speaking with on what I like to call the Super Sunday afternoon?

NICHOLAS SDOUCOS: Hey. My name is Nicholas Sdoucos, S-D-O-U-C-O-S.

SHATORRIE: Mr. Sdoucos, how I help you on Super Sunday?

NICHOLAS SDOUCOS: Hey, I'm sorry to bother, but I'm having a bit of an issue here with my account, that I have a credit card account with you -- first of all, what do you need to pull up my records?

SHATORRIE: Is this the account that ends in 0611?

NICHOLAS SDOUCOS: Yes, ma'am.

SHATORRIE: Okay, I have your account here.

NICHOLAS SDOUCOS: Okay. My issue is this, is that my wife has a trigger in the system to automatically pay the full balance, and, unfortunately, well, it looks like what happened here is that she paid the balance early on October 21st, I believe. Actually I don't have it in front of me at the moment. And now the system is going in and trying to take the -- I think it's more coincidental about the amount, but it's taking the same payment all over again. So, it's basically billing me what? The equivalent of $4,000 for a $2,000 payment. And the lady that I just spoke to a second ago said that you guys are on a new system, and it's been doing this. To be honest with you, on Monday, I'm about to find out that you're taking $2,000 out of my bank account for a payment that I don't owe you.

1

SHATORRIE: Mr. Sdoucos, you're calling me today. As you mentioned, your wife made a manual payment, however, the auto-pay is still pulling the payment. You certainly reached the right person to help in a very quick and positive manner today. I've had calls like this before, and I just assumed that you or your wife were not aware that, if you're enrolled in auto-pay, and if you go in and make a manual payment, the auto-pay, it doesn't adjust to the manual payment. It will still pull the payment for whatever it's set up for. So, that's why--

NICHOLAS SDOUCOS: Yeah, but I'm confused. Why would I be aware of your system doing that when the triggers that my wife has in there, that you can see you're set up, is that that Pay your balance off is to pay your balance off, and if there's no balance because I made a payment and I made a payment -- what is it? About 15-some-odd days ago, but your system is not reflecting this, and it's going to take it twice.

SHATORRIE: Yes, and that's why I stated, I didn't think that you were aware of it, that that's how the auto-pay works. Right. As I mentioned, I've had calls like this before, and so that's why I stated that. Now, just as you mentioned, the payment has already posted to the account. It did post on the 21st of, actually, last month.

NICHOLAS SDOUCOS: Correct.

SHATORRIE: It's pending right now for the same amount that posted last month.

NICHOLAS SDOUCOS: Right. First, I just want to be clear about this. It says that we have a zero balance, and now your system is going in like it's taking information from the beginning of last month and trying to apply it again.

SHATORRIE: Right. It is technology, I guess I can say, and the system is operating on that statement balance, the $2,044.88. So, looks like that auto-pay was set up to pull the statement balance in full each month. So, that's why it's pulling that same amount. Yeah, as you mentioned, I see it here. Your wife has paid a card off. She paid the statement balance, but it's pulling it again. again, because it is just enrolled in auto-pay for the statement balance. Now, the other payment that's pending -- or let's see here. I can maybe can save you. Let's see here. So, the time. The payment that has already posted on the 21st, I can refund that back to you, and then you can just allow the one that's pending to post, because the one that's pending is not eligible for a refund yet because it hasn't processed. But today is Sunday, so the one that's pending, it'll post sometime tomorrow, right in time for the due date, but the one that's already posted, I can send that back to your checking account for you.

NICHOLAS SDOUCOS: No, no, hold on a second. I am not comfortable with undoing my previous payment and then having the system do this, which clearly this system is broken. So, I don't think that that's a good idea, either, because then I don't want it to show up as your system just marking us late. My question to you is, where did this payment go, because if the system is notworking like this, Bank of

3

America is, then, drawing millions of dollars from people, on a whole bunch of accounts? And where is this money going if it's taking a long time for it to come back to people?

SHATORRIE: Well, the payment that's pending, when it posts to the account, you're going to have a credit of $2,044.88. So, you'll have--

[OVERLAY]

SHATORRIE: -- refund.

NICHOLAS SDOUCOS: Sure, but I don't want a credit of $2,044.88. I just want a zero balance, and I want you to not draw $2,000 of my money on Monday from my family bank account, where we have other bills and stuff scheduled to pay. So, I mean, I don't have a problem at this moment, but on Monday, tomorrow, when this money gets taken out of my account, I will have a problem. And I know this is not your fault. I don't want to make it sound like I'm upset with you.

SHATORRIE: As I mentioned, I've had calls just like this, where a manual payment was made, and then the auto-pay pulled another payment. Now, the other option is, as I mentioned, today is Sunday. So, that payment is going to pend, but tomorrow, it's going to post to the account. Once the payment posts, you can give us a call back, and you can make a request to have that payment, because, again, you're going to have a credit on the account. So, you can call and make a request to have that payment--

NICHOLAS SDOUCOS: I understand that. I just want to be clear. None of that is my problem nor is it extra work that I want to do.

4

What I want to know is, where did the payment go that I sent you, that it already cleared and posted to the account?  What happened to that?  Why is your system not recognizing a zero balance, and why are you going to be taking out another payment for $2,000 on Monday of which you're entitled to?  I understand how the refund process will work, but that puts an undue hardship on my family and, frankly, all of your customers that would be having this issue.

SHATORRIE:  Right.  Now, the payment that posted last month, it paid off [PH] DIOTechnologies.  There were two transactions from DIO Technologies that were paid off.  So, cleared the balance.  That payment that posted last month, there was no balance here.

NICHOLAS SDOUCOS:  Right.  If the marker that I have n the system, is to pay off, and if it saves -- and here's the thing.  It's a safety marker for people so that you don't forget something, that you don't do something wrong.  It's just automatically in there so you can be a good customer, and it'll automatically pay off the bill.  It's a safety marker that you guys put in there, that allows us to make sure that we don't have an issue, and that you guys get paid on time, and that we don't have any negative ramifications, knock-on ramifications, into our file.  That marker is not working now, and it's causing me problems.

[BACKGROUND CONVERSATION]

SHATORRIE:  Yes, and what I'm going to do -- this is a great matter.

NICHOLAS SDOUCOS: Let me ask you another question. Where does the system recognize that the payments are made?

SHATORRIE: So, that part of it, well, in regards to just the way that the auto-pay is set up, the auto-pay, if I can just say it, basically knows I'm set up to pay the statement balance, or I'm set up to pay the minimum balance, and, basically, this is what I'm going to do. And so, it's a manual payment, like if another payment comes in, just the auto-pay, it doesn't recognize a manual payment. It just recognizes, the statement balance is what I'm set up for, so I'm going to pay it, or the minimum payment, this is what I'm set up. I'm going to pay it, what it's set up for. So, that is how the auto-pay works, but I've mentioned, I've had calls like this, and this is a great matter. And we are always looking for ways to better our clients' experience. That is why we did migrate to [PH 00:09:52] bill-day bills. I think you may be familiar with that. It's a new payment system. But I'm going to send some documents--

NICHOLAS SDOUCOS: No, I'm sorry. I'm not familiar with any of your payment systems nor, frankly, I can't imagine anybody would. I don't think any of us particularly care. We come online. We look at our bill. We see that we owe you money. We pay the money. We do our best to do it on time. But right now, I'm finding myself in a situation where you're about to deduct not a small amount but a significant amount of money out of my family bank account tomorrow that I need to do other things with, that does not belong to you guys. I appreciate your candor and your openness about it, but tomorrow this is

6

going to be a huge problem.  I mean, I feel stupid even asking this, but do we get our money back for sure?

SHATORRIE:  And I was going to mention that to you, as well. Now, when you call back tomorrow, after the payment posts, and you request a refund, make sure that you request the refund to be expedited, okay, because the turnaround time for that is going to be one to three business days?  If you call back and you just make a request to have just a regular refund, excuse me, it can take up to 10 business days.  So, when you call back, make sure that you let the agent know that you're wanting the payment refund expedited to you.

NICHOLAS SDOUCOS:  You understand I shouldn't have to do any of this?

SHATORRIE:  Sir, I certainly understand.

NICHOLAS SDOUCOS:  I'm sorry, my wife just walked in.  Can I put you on hold for one second?

SHATORRIE:  Sure.

[BACKGROUND CONVERSATION]

NICHOLAS SDOUCOS:  Listen.  I just had one more logical question for you.  Listen.  You have this trigger in there, right, to recognize that there's a zero balance and to pay the balance off?  Right, because this is one of the things that I can select here to do?  In other words, I can go in and just say, hey, I don't want to think about this account.  If there's a balance here, I just want you to automatically pay it off, right?  That's the trigger that you guys have built into your system, that we can select for our convenience, correct?

7

SHATORRIE: That's correct.

NICHOLAS SDOUCOS: So, at what day does your system recognize this? What day does your system check for this, the answer to this question, to then automate itself?

SHATORRIE: The way the auto-pay works is, it would be recognized once the auto-pay system pulls the payment. So, the auto-pay system has to actually pull the payment because it doesn't recognize a manual payment. So, the auto-pay system, it's just set up -- again, this is technology. It's set up to--

[OVERLAY]

NICHOLAS SDOUCOS: Wait a minute. Wait a minute. Wait a minute. Wait a minute. Hold on. If the auto-payment is set to pull for the full balance, the first check for the system should be to see if there's an actual balance? Should it not? That seems like a logical questions that I would imagine you wouldn't have to answer, but that's kind of the crux of the problem. Is it not?

SHATORRIE: Well, again, I am going to certainly send some documentation to our back office for review. This is certainly going to be looked over. And as I mentioned, we may certainly make updates, changes, modifications to the auto-pay system so that something like this does not happen. As I mentioned, I've had calls certainly like this before, but I can--

[OVERLAY]

SHATORRIE: Yes, I certainly have, certainly have.

NICHOLAS SDOUCOS: Okay. I'm sorry, my wife is here next to me. So, if you hear her talking, she just walked in in the middle of this. Yeah, I just don't understand because that would mean that your system is starting through the process of making a payment long before that payment is due and never checking to see if that balance is paid off. This would be something that I would imagine should be the system checking on the day of the last day before it tries to -- it should all be instantaneous, to be honest with you, but yeah. Let me ask you another question. Is this call being recorded?

SHATORRIE: This call may be monitored and recorded. Yes, sir, it is. It is.

NICHOLAS SDOUCOS: Yeah, because I have a feeling we're going to need to come back to this call, because, like I said, tomorrow, when this money pulls out of my bank account, this is going to be a whole different area of--

SDOUCOS' WIFE: [INDISCERNIBLE] on your bill.

NICHOLAS SDOUCOS: Yeah, and I'm going to have to call you again. Listen, I appreciate. This is not your fault, and you can only answer what you know and whatever, but, yeah, I would like to have a conversation with somebody tomorrow that can explain why the system is built like this, because this is not a good situation for anybody who's stuck in here.

SHATORRIE: Give me one moment, please.

[BACKGROUND CONVERSATION]

9

NICHOLAS SDOUCOS:  Yeah, take your time.  I'm going to talk to my wife about something anyways.  Hold on one second.

SHATORRIE:  Okay.

NICHOLAS SDOUCOS:  Hey, while you're typing, I just need you to commit to me that I will 100 percent get my money back.

SDOUCOS' WIFE:  Three days.

NICHOLAS SDOUCOS:  Hold on.  three days.

SDOUCOS' WIFE:  [INDISCERNIBLE].

NICHOLAS SDOUCOS:  Whatever.

SHATORRIE:  And this call may be monitored and recorded.  Yes. And as I mentioned, you would need to make that request to have the payment refund expedited.  So, you would specifically have to mention the payment--

NICHOLAS SDOUCOS:  Yeah, but I guess--

[OVERLAY]

NICHOLAS SDOUCOS:  -- the question I'm asking you, I just want to clear about this, is that I want to make sure that I'm getting my money back, not it ending up in a credit.

SHATORRIE:  Yes, that's correct.  That's correct.  Now, when your payment posts to your credit card, a credit is going to appear on your account.  So, that's going to be the first thing.  And then, you would need to give us a call, and make a request to have the payment refunded, and, again, make a request to have it expedited.  But first, you will see the credit there, and then we can begin the payment refund process for you.

10

NICHOLAS SDOUCOS: Yeah, not a good situation. My wife particularly doesn't need the stress for this.

SHATORRIE: Okay. I made some notes here just in regards to your concerns. Again, it's natural you would feel this way. I would be concerned, as well, and also want to speak to someone about this situation, but I've documented the account. It's sent to our back office for review. So, as I mentioned, as soon as the payment posts tomorrow, give us a call. And remember, make a request to have the payment expedited.

NICHOLAS SDOUCOS: Yeah, sure. I mean, I hear you, understand. I'm just still bewildered by -- ugh. Okay. All right. And there's nobody else that I can talk to, that can put a stop to this from trying to process?

SHATORRIE: If we had that option, I don't know if the previous agent had that option, we would certainly block that payment, but, again, this is technology, and once it reaches our system as pending, I guess, our system, doesn't give us the option to cancel anything that's pending.

NICHOLAS SDOUCOS: Okay. All right. I guess there's nothing else for me to do. If you're telling me that there is no recourse at this moment to untangle this mess, then there's nothing else we can do.

SHATORRIE: Unfortunately. So, we just need to wait until the payment posts on tomorrow.

NICHOLAS SDOUCOS: Okay. All right. What was your name, again?

SHATORRIE: Yes. Excuse me. My name is Shatorrie.

11

NICHOLAS SDOUCOS:  Shatorrie, do you mind spelling that for me?

SHATORRIE:  Sure.  It's going to be S as in Samantha, H as in Helen, A as in Anderson, T as in Tom, O as in Oscar, R as in rabbit, R as in rabbit, I as in ice cream, and E as in Edward.

NICHOLAS SDOUCOS:  Shatorrie, thank you.  Again, none of this is your fault, and it sounds like this isn't the first time you've heard this.  So, I --

SHATORRIE:  Not at all.

NICHOLAS SDOUCOS:  -- appreciate your help.

SHATORRIE:  You're welcome.  And our system does show you've been with us for eight years.  We certainly thank you for choosing us, and I hope you have a wonderful night.  You take care.

NICHOLAS SDOUCOS:  All right.  Thank you.

SHATORRIE:  Bye.

I hereby certify that the foregoing is, to the best of my knowledge and belief, a true and accurate transcription from English to English.


*Anders Nelson*
Anders Nelson (Dec 23, 2025 15:08:23 EST)
_____

Anders Nelson

Project Manager

TransPerfect Legal Solutions


December 23, 2025