IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

NICHOLAS SDOUCOS, individually and on
behalf of others similarly situated,

Plaintiff,

v.                                                          Case No. 1:25-CV-13845

BANK OF AMERICA, N.A.,

Defendant.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS

Defendant Bank of America, N.A. ("BANA"), by and through its attorneys, hereby moves for an extension of time to file its reply in support of its Motion to Dismiss Under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). BANA respectfully requests that this Court extend BANA's deadline to file its reply brief by one week, to March 4, 2026. Plaintiff assents to the relief requested by this motion. In support of the motion, BANA states as follows:

1.      On November 11, 2025, Plaintiff filed the Complaint on behalf of himself and other similarly situated individuals. (ECF No. 1).

2.      On November 21, 2025, Plaintiff served the complaint on BANA. (ECF No. 4.)

3.      On December 9, 2025, the Parties filed a Joint Motion for Extension of Time to Respond to Complaint and to Set Dispositive Motion Briefing Schedule. (ECF No. 10.)

4.      On December 10, 2025, the Court granted the Parties' motion, setting the deadline for BANA's motion to dismiss as January 12, 2026; setting the deadline for Plaintiff's opposition as February 11, 2026; and setting the deadline for BANA's reply as February 25, 2026. (ECF No. 11.)

5. BANA filed its motion to dismiss on January 12, 2026. (ECF No. 17.) Plaintiff filed his opposition on February 11, 2026. (ECF No. 21.)

6. BANA now requests a one-week extension to file its reply because BANA's counsel with primary responsibilities for the reply has suffered an unexpected death of a close family member.

7. Counsel for BANA conferred with Plaintiff's counsel, who does not oppose BANA's requested extension of time to file its reply brief.

8. The requested extension is made in good faith and not for the purpose of delay. No party will be prejudiced by the requested extension.

WHEREFORE, BANA respectfully requests that the Court enter an Order extending the time for BANA to file its reply in support of its Motion to Dismiss Under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to March 4, 2026.

Dated: February 17, 2026                    Respectfully submitted,


By: */s/ Elizabeth L. McKeen*

Elizabeth L. McKeen (CA Bar No. 216690)
Danielle N. Morris (CA Bar No. 246295)
O'MELVENY & MYERS LLP
610 Newport Center Drive
17th Floor
Newport Beach, California 92660-6429
Telephone: +1 949 823 6900
Facsimile: +1 949 823 6994
emckeen@omm.com
dmorris@omm.com

*Attorneys for Defendant Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2026, a copy of the foregoing document was electronically filed with the Clerk of Court through the CM/ECF system, which will send notification of such filing to all counsel of record at the email addresses on file with the Court.

By: *   /s/ Elizabeth L. McKeen*
Elizabeth L. McKeen