# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Nicholas Sdoucos

                    Plaintiff,

v.                                                    Case No.: 1:25–cv–13845
                                                      Honorable Robert W. Gettleman

Bank of America, N.A.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, February 22, 2026:

        MINUTE entry before the Honorable Robert W. Gettleman: Unopposed Motion For Extension Of Time To March 4, 2026, To File Reply In Support Of Defendant Bank Of America, N.A.'S Motion To Dismiss [22] is granted. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.