IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NICHOLAS SDOUCOS, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No. 1:25-CV-13845 |

**DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO BIFURCATE DISCOVERY**

Pursuant to Federal Rules of Civil Procedure 26(c) and 42, Defendant Bank of America, N.A. hereby moves to bifurcate discovery into two phases: (1) discovery on the merits of plaintiff Nicholas Sdoucos's ("Plaintiff") individual claims; and (2) discovery related to class certification issues if Plaintiff's claims survive summary judgment. For the reasons stated in the accompanying Memorandum of Law, the Court should enter an order bifurcating discovery into these two phases and set the deadlines for bifurcated discovery proposed in the Appendix to the parties' Joint Status Report (Dkt. No. 27).

In accordance with this Court's meet and confer requirement, the undersigned counsel for the Bank conferred with Plaintiff's counsel via videoconference on August 13, 2026. During that conference, the Bank explained its position that bifurcation of discovery to focus first on the merits of Plaintiff's individual claims, followed by class discovery if necessary, is appropriate in this case and would maximize efficiency. Plaintiff's counsel disagreed. On September 3, 2026, counsel for the Bank emailed Plaintiff's counsel informing them that the Bank would file a formal motion for bifurcation pursuant to the Court's directive unless Plaintiff agreed to stipulate

to bifurcation. On September 4, 2026, Plaintiff's counsel confirmed that they do not stipulate to bifurcation.

Dated: September 4, 2026

Respectfully submitted,

By: */s/ Danielle N. Morris*

Elizabeth L. McKeen (CA Bar No. 216690)
Danielle N. Morris (CA Bar No. 246295)
O'MELVENY & MYERS LLP
610 Newport Center Drive
17th Floor
Newport Beach, California 92660-6429
Telephone: +1 949 823 6900
Facsimile: +1 949 823 6994
emckeen@omm.com
dmorris@omm.com

Attorneys for Defendant Bank of America, N.A.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2026, a copy of the foregoing document was electronically filed with the Clerk of Court through the CM/ECF system, which will send notification of such filing to all counsel of record at the email addresses on file with the Court.

By: *__/s/ Danielle N. Morris__*
Danielle N. Morris