**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Nicholas Sdoucos
Plaintiff,
v.
Bank of America, N.A.
Defendant.

Case No.: 1:25−cv−13845
Honorable Robert W. Gettleman

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 15, 2026:

MINUTE entry before the Honorable Maria Valdez: Hearing held on Defendant's Motion to Bifurcate Discovery [31]. For the reasons stated in open court, the motion is granted. The parties are ordered to meet and confer regarding the scope of the discovery into Plaintiff's case and file a joint status report by 9/29/26 that describes the scope and provides a proposed scheduling order not to exceed seven months. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.